# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK MATLOCK,** | ) Case No. 2:14-cv-01127-JAM-CMK |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **BANKCARD PROCESSING INTERNATIONAL INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this 15th day of January, 2015

/s/ John A. Mendez_____
The Honorable John A. Mendez